No. 291.    J. L. HARTSELL *v.* W. C. COLEMAN et al; from Cabarrus County.    Appeal by defendant.    Messrs. Montgomery & Crowell,   for plaintiff:   Mr. W. G. Means, for defendants.

*Per Curiam:*   Judgment affirmed March 25, 1898.

---

No. 339.   SUSAN M. FULP, Administratrix, *v.* ROANOKE & SOUTHERN RAILROAD COMPANY; from Forsyth County.   Appeal by plaintiff.   Messrs. Watson, Buxton & Watson, for defendant.

*Per Curiam:*   Judgment affirmed April 5, 1898.

---

No. 401.    C. V. HENKEL *v.* PULLMAN PALACE CAR COMPANY; from Caldwell County.   Appeal by defendant.   Mr. Edmund Jones, for plaintiff.

*Per Curiam:*   Dismissed April 15, 1898, under Rule 17.

---

No. 404.    JOHN A. TEETER *v.* A. W. HEATH et al; from Stanly County.   Appeal by plaintiff.   Mr. J. M. Brown, for plaintiff; Messrs. S. J. Pemberton and T. J. Jerome, for defendants.

*Per Curiam:*   Judgment affirmed March 25, 1898.

---

No. 442.    STATE *v.* H. T. RUMBOUGH; from Madison County.   Appeal by defendant.   Mr. Zeb V. Walser, Attorney General, and Mr. J. M. Gudger, for plaintiff; Mr. E. C. Smith, for defendant.

*Per Curiam:*   Appeal dismissed April 26, 1898, under ruling in State v. Ray, (Bennie,) *ante.*